1 TROUTMAN SANDERS LLP
Terrence R. McInnis, Bar No. 155416
2 terrence.mcinnis@troutmansanders.com
Ryan C. Tuley, Bar No. 198249
3 ryan.tuley@troutmansanders.com
Thomas H. Prouty, Bar No. 238950
4 thomas.prouty@troutmansanders.com
5 Park Plaza, Suite 1400
5 Irvine, CA  92614-2545
Telephone:  949.622.2700
6 Facsimile:   949.622.2739

7 *Attorneys for Plaintiff*
*Houston Casualty Company*
8

9
UNITED STATES DISTRICT COURT
10
CENTRAL DISTRICT OF CALIFORNIA
11

12

13 | HOUSTON CASUALTY COMPANY, | Case No.  2:09-cv-06978 DSF (AGRx)

14 | Plaintiff,

15 | v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE**

16 | JEFF DRAZAN, RORY O'DRISCOLL, and FRONTBRIDGE TECHNOLOGIES, INC.

17 | | Judge:       Hon. Dale S. Fischer
Courtroom:  840

18 | Defendants.

1033823v1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff Houston Casualty Company hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: March 5, 2010

Respectfully submitted,

TROUTMAN SANDERS LLP

By: /s/ Thomas H. Prouty
Terrence R. McInnis
Ryan C. Tuley
Thomas H. Prouty

*Attorneys for Plaintiff
Houston Casualty Company*

1033823v1

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE